UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDRA "ANA" CHERI MORELAND; URSULA MAYES; and PAOLA CAÑAS, <br><br>Plaintiffs, <br><br>v. <br><br>CAFECONLECHE INCORPORATED, <br><br>Defendant. | C22-0809 TSZ <br><br>ORDER |

Counsel having advised the Court that this matter has been resolved, <u>see</u> Notice of Settlement (docket no. 37), and no issue remaining for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order. Defendant's motion to dismiss, docket no. 36, is STRICKEN as moot, and the Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 13th day of March, 2023.

Thomas S. Zilly
United States District Judge

ORDER - 1